IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | MDL Docket No. 1561 |
| | ) | |
| TRAVEL AGENT COMMISSION | ) | JUDGE ECONOMUS |
| ANTITRUST LITIGATION | ) | |
| | ) | CASE NO. 03-CV-30000 |
| | ) | |
| | ) | FAUSKEY PLAINTIFFS' OPPOSITION |
| | ) | TO CERTAIN DEFENDANTS' MOTION |
| | ) | TO STAY PENDING APPEAL OF |
| | ) | SUMMARY JUDGMENT AND |
| | ) | INCORPORATING MEMORANDUM |
| | ) | FILED BY TAM TRAVEL PLAINTIFFS |

Plaintiffs in <u>Paula Fauskey, et al v. American Airlines, et al</u> (Case No. 03-CV-3000) ("Fauskey Plaintiffs") hereby respectfully incorporate the Memorandum filed in opposition to certain defendants' motion to stay on the same grounds set forth by Tam Travel. The arguments are identical. All Fauskey Plaintiffs have either properly opted out or were never notified of the <u>Hall</u> case and, therefore, all arguments on behalf of Tam Travel are incorporated herein by reference on behalf of the Fauskey Plaintiffs.

Respectfully submitted,

/s/ Harvey B. Bruner
HARVEY B. BRUNER, 0004829
1600 Illuminating Building
55 Public Square
Cleveland, Ohio 44113
(216) 566-9477
Attorney for Fauskey Plaintiffs